**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Robert O McMaster, et al.,<br>Plaintiff(s),<br>vs.<br>United States of America,<br>Defendant(s). | 2:26-cv-00573-APG-MDC<br>**ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE (ECF NO. 12) AND GRANTING MOTION TO EXTEND TIME TO FILE AN ANSWER (ECF NO. 14)** |

Plaintiffs filed a *Motion to Extend Time for Service* (ECF No. 12) and defendants filed a *Motion to Extend Time to File an Answer* (ECF No. 14). The Court **GRANTS** both Motions.

**I. MOTION TO EXTEND TIME FOR SERVICE**

Federal Rule of Civil Procedure 4(i) governs service upon the United States and requires service on (1) the United States Attorney for the district, (2) the Attorney General of the United States, and (3) the relevant agency where applicable. Plaintiffs state in the Motion that they completed service on the United States Attorney and have mailed service copies via certified mail to the Attorney General and agency counsel. *ECF No 12 at 2*. Plaintiffs stated that they needed additional time because they had one additional ministerial step to complete (final personal service in Washington, DC) to complete. *Id.* Defendant United States of America filed a notice of appearance shortly after the plaintiffs moved for an extension of time for service. The Court grants the Motion to Extend Time for Service nunc pro tunc, given that the plaintiffs acted diligently to complete service and the defendant has now made an appearance.

**II. MOTION TO EXTEND TIME TO FILE AN ANSWER**

Defendant seeks sixty more days to file an answer to the complaint given the complex nature of the case. *ECF No. 14*. Plaintiffs filed a notice of non-opposition to the defendant's request. *ECF No. 19*. Given that the plaintiffs do not oppose, the Court grants the request.

**IT IS ORDERED that:**

1. Plaintiffs' *Motion to Extend Time for Service* (ECF No. 12) is **GRANTED** nunc pro tunc**.**
2. Defendant's *Motion to Extend Time to File an Answer* (ECF No. 14) is **GRANTED.**
3. Defendant has until **September 28, 2026** to file its responsive pleading to the complaint.

DATED: August 19, 2026.

IT IS SO ORDERED.

_______________________________
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge