**FLAKE & FLAKE – ATTORNEYS AT LAW**
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
8905 S. Pecos Road, Suite 23B
Henderson, NV 89074
Telephone (702) 818-1800
troy@flakeandflake.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ROBERT MCMASTER, as Special Administrator for the Estate of JOYCE BERRY, Deceased; FRANCES ROSS, an individual, individually and as heir to the Estate of JOYCE BERRY; HELEN OLSEN, an individual, individually and as heir to the Estate of JOYCE BERRY; SHIRLEY MIKELL, an individual, individually and as heir to the Estate of JOYCE BERRY; JOHN BERRY, an individual, individually and as heir to the Estate of JOYCE BERRY,

Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 2:26-cv-00573-APG-MDC

**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS**

TO: THE HONORABLE COURT; AND

TO: ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that TROY K. FLAKE, ESQ., of the law firm FLAKE & FLAKE, hereby associates in the above-captioned action as counsel of record for Plaintiffs ROBERT MCMASTER, as Special Administrator for the Estate of JOYCE BERRY, Deceased; FRANCES ROSS, individually and as an heir to the Estate of JOYCE BERRY; HELEN OLSEN, individually and as an heir to the Estate of JOYCE BERRY; SHIRLEY MIKELL, individually and as an heir to the Estate of JOYCE BERRY; and JOHN BERRY, individually and as an heir to the Estate of JOYCE BERRY, and requests

that all further pleadings, papers, notices, and other documents in this action be served upon the undersigned at the address set forth below.

This association is made in addition to, and not in substitution for, the appearance of Andre T. Marques, Esq., of Morgan & Morgan, who remains counsel of record for Plaintiffs.

DATED this 10th day of November, 2026.

FLAKE & FLAKE – ATTORNEYS AT LAW

*By: /s/ Troy K. Flake*
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
8905 S. Pecos Road, Suite 23B
Henderson, NV 89074
Telephone (702) 818-1800
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November, 2026, I caused a true and correct copy of the foregoing **NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS** to be served through the Court's CM/ECF electronic filing system upon all counsel of record registered to receive electronic notice in this action, including:

Andre T. Marques, Esq.
MORGAN & MORGAN
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
andre.marques@forthepeople.com
Attorneys for Plaintiffs

Nathan M. Claus, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Nathan.Claus@usdoj.gov
Attorneys for Federal Defendant

*/s/ Troy K. Flake*
TROY K. FLAKE, ESQ.