**FLAKE & FLAKE – ATTORNEYS AT LAW**
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
8905 S. Pecos Road, Suite 23B
Henderson, NV 89074
Telephone (702) 818-1800
troy@flakeandflake.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT MCMASTER, as Special Administrator for the Estate of JOYCE BERRY, Deceased; FRANCES ROSS, an individual, individually and as heir to the Estate of JOYCE BERRY; HELEN OLSEN, an individual, individually and as heir to the Estate of JOYCE BERRY; SHIRLEY MIKELL, an individual, individually and as heir to the Estate of JOYCE BERRY; JOHN BERRY, an individual, individually and as heir to the Estate of JOYCE BERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:26-cv-00573-APG-MDC<br><br>**PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on November 12, 2026. The parties now submit their proposed discovery plan and scheduling order in compliance with LR 26-1(b).

1. Initial Disclosures: Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be disclosed by Friday, November 27, 2026.

2. Discovery Cut-Off Date: The first defendant answered or otherwise appeared on September 25, 2026. The discovery cut-off date is Wednesday, March 24, 2027 (180 days).

3. Amending the Pleadings and Adding Parties: The deadline to amend the pleadings and add parties is Thursday, December 24, 2026.

4. Expert and Rebuttal-Expert Disclosures: The deadline to disclose experts is Friday, January 22, 2027. The deadline to disclose rebuttal experts is Monday, February 22, 2027.

5. Dispositive Motions: The deadline to file dispositive motions is Friday, April 23, 2027.

6. Pretrial Order: The deadline to file the joint pretrial order is Monday, May 24, 2027. If dispositive motions are filed, the deadline for the pretrial order will be suspended until 30 days after the court's decision on dispositive motions or further court order.

The parties have adjusted dates falling on a Saturday, Sunday, or legal holiday pursuant to Fed. R. Civ. P. 6(a)(1)(C) and 6(a)(5).

7. Fed. R. Civ. P. 26(a)(3) Disclosures: The disclosures required by Rule 26(a)(3) and any objections to them must be included in the joint pretrial order unless otherwise stipulated by the parties and ordered by the court.

8. Alternative Dispute Resolution: The parties certify that they have met and conferred about the possibility of using alternative dispute-resolution processes, including mediation, arbitration, and early neutral evaluation, if applicable.

9. Alternative Forms of Case Disposition: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, as well as participation in the Short Trial Program (General Order 2013-01).

10. Electronic Evidence: This action arises under the Federal Tort Claims Act and must be tried to the court without a jury. 28 U.S.C. § 2402. No jury trial has been demanded, and the certification required by LR 26-1(b)(9) is therefore inapplicable. The parties nevertheless agree to coordinate on the format of any electronic evidence to be presented at trial.

11. E-discovery: The parties agree that disclosure and discovery of electronically stored information should be produced in Portable Document Format.

12. Email Service: The parties consent to electronic service, to the extent the size

of the submission permits it, of all court filings not served through ECF (e.g., filings under seal) and such service shall constitute proper service under Fed. R. Civ. P. 5(b)(2)(E). The parties further consent to electronic service of correspondence and discovery on all counsel who have entered an appearance on behalf of the party to be served in lieu of other service methods under Fed. R. Civ. P. 5(b)(2)(E).

Dated: November 12, 2026.

IT IS SO STIPULATED.

FLAKE & FLAKE – ATTORNEYS AT LAW

*/s/ Troy K. Flake*
TROY K. FLAKE, ESQ.
8905 S. Pecos Road, Suite 23B
Henderson, NV 89074
Telephone (702) 818-1800
Attorneys for Plaintiffs

*/s/ Nathan M. Claus*
NATHAN M. CLAUS, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Attorneys for Federal Defendant

IT IS SO ORDERED:

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: _______________